# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:17-cv-01017-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 13)** |
| DAVID RODRIGUEZ dba LA COSTENITA MEXICAN MEAT MARKET, et al., | |
| Defendants. | |

On October 20, 2017, Plaintiff filed a Notice of Voluntary Dismissal, in which he notified the Court that he "dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)." (Doc. 13.) Plaintiff filed this notice before Defendants served either an answer or a motion for summary judgment. As such, this matter has been voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE